STATE v. STEVENSON

No. 50P00

Case below: 136 N.C.App. 235

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.


STATE v. STEWART

No. 550PA99

Case below: 118 N.C.App. 339

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 2 March 2000. Justice Martin recused.


STATE v. TEAGUE

No. 474P99

Case below: 134 N.C.App. 702

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 February 2000. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.


STATE v. UNDERWOOD

No. 579PA99

Case below: 134 N.C.App. 702

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 2 March 2000.